## Commonwealth *v.* Webb, Appellant.

Argued November 15, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Louis W. Fryman,* with him *Steven J. Hartz,* and *Becker, Fryman & Ervais,* for appellant.

*Joseph P. Work,* General Counsel State Horse Racing Commission, with him *J. Shane Creamer,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:

Allocatur was improvidently granted, and the appeal is dismissed.

Mr. Chief Justice BELL and Mr. Justice BARBIERI took no part in the consideration or decision of this case.